# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUA LIGHTING TECHNOLOGIES, LLC, a Virginia limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ZODIAC POOL SYSTEMS, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.: 19-cv-01719-H-WVG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS AND DIRECTING THE CLERK TO CLOSE THE CASE**<br><br>[Doc. No. 47.] |

On June 30, 2020, the parties filed a joint motion pursuant to Federal Rule of Civil Procedure 41 to dismiss the action with ALT's claims being dismissed with prejudice, and Zodiac's counterclaims for declaratory relief being dismissed without prejudice. (Doc. No. 47.) In addition, the parties stipulate that each party will bear its own attorneys' fees, costs, and expenses. (Id.)

The Court, for good cause shown, grants the joint motion to dismiss. The Court dismisses the action. ALT's claims are dismissed with prejudice, and Zodiac's counterclaims for declaratory relief are dismissed without prejudice. In addition, each

party will bear its own attorneys' fees, costs, and expenses.  The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: July 1, 2020

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT